IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RYDER GAUTERAUX, dba Outlaw Productions**, | |
| Plaintiff, | No. 3:10-cv-1382-MO |
| v. | OPINION AND ORDER |
| **NORTHWEST RODEO ASSOCIATION Inc., dba Northwest Professional Rodeo Association** | |
| Defendant. | |

**MOSMAN, J.**,

In my Opinion and Order of March 22, 2011 [13], I dismissed plaintiff's case against defendant Northwest Rodeo Association Inc. ("NRA"), without prejudice. In that order, I gave plaintiff 14 days to file an Amended Complaint properly pleading jurisdiction over NRA. I later granted plaintiff's motion for extension of time to file that amended complaint, making the new deadline May 12, 2011 [18]. On May 3, 2011, instead of filing an Amended Complaint, plaintiff filed a document entitled "Plaintiff Reply to Court Order to Dismiss Defendant NRA Based on

1 – OPINION AND ORDER

Jurastction [sic]" [19]. As NRA points out in response [20], plaintiff did not submit an amended complaint, nor did his "Reply" [19] provide a proper basis for this court to exercise jurisdiction.

In light of the foregoing, plaintiff's complaint is DISMISSED WITH PREJUDICE, and plaintiff's Motion to Dismiss Without Prejudice [21] is DENIED AS MOOT.

IT IS SO ORDERED.

DATED this  15th  day of July, 2011.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court