IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RYDER GAUTERAUX, dba
Outlaw Productions**,

    Plaintiff,

        v.

**NORTHWEST RODEO
ASSOCIATION Inc., dba Northwest
Professional Rodeo Association,**

    Defendant.

No. 3:10-cv-1382-MO

ORDER OF DISMISSAL

**MOSMAN, J.**,

    Based on the court's Opinion and Order filed July 18, 2011 [22], this case is DISMISSED with prejudice.

    DATED this   19th   day of August, 2011.

                      /s/ Michael W. Mosman
                      MICHAEL W. MOSMAN
                      United States District Court

PAGE 1─DISMISSAL